AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

WAYNE ROMANS,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:10-CV-00403-RCJ-VPC**

INCLINE VILLAGE GENERAL
IMPROVEMENT DISTRICT,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the motion to dismiss [4] is GRANTED.


 August 10, 2011                               **LANCE S. WILSON**
     Date                                                        Clerk

                                                                 /s/  M. Campbell
                                                                    Deputy Clerk