THOMAS P. BEKO, ESQ.
Nevada Bar No. 002653
ERICKSON, THORPE & SWAINSTON
P. O. Box 3559
Reno, NV 89505
Telephone: (775) 786-3930
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WAYNE ROMANS,

     Plaintiff,

vs.

INCLINE VILLAGE GENERAL IMPROVEMENT DISTRICT,

     Defendant.

CASE NO.: 3:10-cv-00403-RCJ-VPC

**CERTIFICATE OF INTERESTED PARTIES**

COMES NOW, Defendant INCLINE VILLAGE GENERAL IMPROVEMENT DISTRICT, by and through its attorneys of record, ERICKSON, THORPE & SWAINSTON, LTD., and THOMAS P. BEKO, ESQ., and certifies that the following have an interest in the outcome of this case:

    1.    The above designated named parties in this action.

    2.    There are no other known interested parties other than those described above.

These representations are made to enable judges of the court to evaluate possible recusal.

DATED this 17th day of October, 2013.

ERICKSON, THORPE & SWAINSTON, LTD.

By: _____
    THOMAS P. BEKO, ESQ.
    *Attorneys for Defendant*

Erickson, Thorpe & Swainston, Ltd.
P.O. Box 3559
Reno, Nevada 89505
Tel. (775) 786-3930 Fax (775) 786-4160

CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., and that on this day I personally served a true and correct copy of the foregoing *Certificate of Interested Parties* on all parties in this action by Electronic Mail through the United States District Court's CM/ECF Filing System.

DATED this 17th day of October, 2013.

Dana Matthews