UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE ROMANS,<br><br>    Plaintiff,<br><br>vs.<br><br>INCLINE VILLAGE GENERAL<br>IMPROVEMENT DISTRICT,<br><br>    Defendant. | 3:10-cv-00403-RCJ-VPC<br><br>**ORDER** |

Plaintiff has objected to Defendant's bill of costs and has moved to strike Defendant's reply. The Court denies motion to strike. To the extent leave was required to file a reply, the Court grants it. The Court denies the objection. Defendant has provided satisfactory itemizations. Nor are the claims disallowed or the amounts excessive.

**CONCLUSION**

IT IS HEREBY ORDERED that the Objection (ECF No. 61) and the Motion to Strike (ECF No. 64) are DENIED.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge